IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF PUERTO RICO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
| Plaintiff | * | CRIMINAL NO. 00-056 (HL) |
| v. | * | |
| ELIU IRIZARRY-NEGRON | * | |
| Defendants. | * | |
| | * | |

O R D E R

Because the transcript of the Change of Plea hearing held on March 14, 2001 (**docket 137**) is unavailable the Court of Appeals has remanded the matter for a preparation of a statement of the record to determine the content of the Rule 11, Change of Plea hearing.

**A status conference is set on May 6, 2005 at 11:00 a.m.** to receive the input from Yolanda Collazo, counsel for defendant at the Change of Plea, the Assistant U. S. Attorney attending the hearing, and counsel Laura Maldonado.

IT IS SO ORDERED.

In San Juan, Puerto Rico this 28th day of April, 2005.

S/HECTOR M. LAFFITTE
United States District Judge