IN THE UNITED STATES DISTRICT COURT
FOR THE DISCTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA, | * |
| Plaintiff, | * |
| V. | *   Criminal No. 00-056 (HL) |
| ELIU IRIZARRY-NEGRON | * |
| Defendant | * |

**INFORMATIVE MOTION REGARDING CHANGE OF PLEA
HEARING HELD ON MARCH 14, 2001**

**TO THE HONORABLE COURT:**

**COMES NOW,** Yolanda A. Collazo, previously appointed attorney for defendant Eliu Irizarry-Negron and respectfully states the following concerning what transpired at the Rule 11 Change of Plea hearing held on March 14, 2001.

Case called for Change of Plea Hearing before Judge Hector M. Laffite. The court addressed defendant Irizarry-Negron personally in open court. During said address, the Judge faithfully reviewed the Plea Agreement. At no time did defendant object to any part of the Plea Agreement as it was being reviewed by the Court, nor did he state not understanding the content of the same.

The Court accepted defendant's guilty plea, upon determining that his decision was voluntary and that there was a factual basis for the plea.

Defendant Irizarry-Negron was satisfied with the outcome of the Change of Plea Hearing. No request to withdraw his guilty plea was made.

**RESPECTFULLY SUBMITTED.**

In Clermont, Florida, this 19th day of May, 2005.

        s/ YOLANDA A. COLLAZO

        YOLANDA A. COLLAZO
        ATTORNEY AT LAW
        USDC-PR 129214
        PO BOX 135784
        CLERMONT, Fl. 34713-5784
        TEL. & FAX: (352) 536-1867

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on this date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification to the following:

**Sonia I. Torres-Pabon, AUSA**
**Chief, Criminal Division**

**Laura Maldonado-Rodriguez, Esq.**

        s/YOLANDA A. COLLAZO

        YOLANDA A. COLLAZO